FILED IN
COURT OF CRIMINAL APPEALS

May 12, 2015

ABEL ACOSTA, CLERK

none
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/12/2015 12:52:01 PM
Accepted 5/12/2015 1:00:37 PM
ABEL ACOSTA
CLERK

PD-0122-15

CAUSE NO. _____

## COURT OF CRIMINAL APPEALS OF TEXAS
## COURT OF APPEALS CAUSE NO. 02-13-00537-CR
## TRIAL COURT CAUSE NO. 1272720D

| | | |
|---|---|---|
| ERIC D. STEVENSON | § | IN THE COURT OF |
| | § | |
| VS. | § | CRIMINAL APPEALS |
| | § | |
| STATE | § | STATE OF TEXAS |

*30 days granted PC 15 5-12-15 NFF*

## MOTION FOR EXTENSION OF TIME TO FILE
## APPELLANT'S BRIEF

TO THE HONORABLE JUDGES OF SAID COURT:

NOW COMES ERIC DWAYNE STEVENSON, the Appellant in the above-entitled and numbered cause, by and through his COUNSEL, and would move the Court to extend the time to file Appellant's Brief until July 29, 2015.

### I.

The deadline for filing the brief is May 29, 2015. There has been no previous extensions of time to file the brief in this cause.

### II.

The Petition for Discretionary Review was granted on April 29, 2015. Cause Number PD-0122-15. Appellant's brief is due on My 29, 2015. There have been no previous motions for extension of time filed.

### III.

Appellate Counsel has been very busy during the last three months. Appellate Counsel was in ICU at Baylor Hospital in Waxahachie, Texas from January 1, 2015 until January 3, 2015 with a severe hemorrhage of the stomach. Even after release from the hospital, he was anemic for some time.

He was not able to return to work for several weeks, and then only part-time for two more weeks. Therefore, Appellate Counsel has been playing catch-up.

WHEREFORE, PREMISES CONSIDERED, the APPELLANT respectfully prays that the Honorable Court grant this motion.

RESPECTFULLY SUBMITTED,

/s/ Scott Walker

SCOTT WALKER
Attorney for Appellant
State Bar No. 24004972
222 W. Exchange Ave.
Fort Worth, Texas 76164
Tel: (817) 455-4272
Fax:(817) 977-0163

## CERTIFICATE OF CONFERENCE

Appellate Counsel has conferred with Steve Conder, with the Tarrant County District Attorney's Office, Appellate Department. Mr. Conder stated that the State is not opposed to this motion.

Scott Walker, Attorney for Appellant

## CERTIFICATE OF SERVICE

As Attorney of Record for Defendant, I do hereby Certify that a true and correct copy of the above and foregoing document was this 11th day of March, 2013, provided to the Attorney for the State by first class mail at the Office of the Tarrant County District Attorney, 401 W. Belknap St., Fort Worth, Texas 76196.

_____
Scott Walker, Attorney for Appellant

## ORDER

On this _____ day of _____, 2015, came on to be considered the Appellant's Motion For Extension of Time to file Appellant's brief, and after consideration, it is the **ORDER** of this Court that said motion be:

( ) **GRANTED**, and that the time for Appellant to file Appellant's Petition for Review is hereby extended until the _____ day of _____, 2015

( ) **DENIED**, to which ruling Appellant excepts.

SIGNED this _____ day of _____, 2015.


_____
JUDGE PRESIDING